AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In the Matter of the Search of | |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* Computer Servers Operated by Google Inc., for information associated with E-mail account identified as SEPEHRI TSS@GMAIL COM. | Case 1:13-mj-880 Assigned to: Magistrate Judge John M. Facciola Assigned Date: 12/5/2013 Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
Computer Servers Operated by Google Inc., for information associated with E-mail account identified as SEPEHRI.TSS@GMAIL COM.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Please see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    *December 20, 2013*
                                                                                                                   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____*Facciola*_____
         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **DEC - 5 2013**                          _____*[signature]*_____
                                                                                            *Judge's signature*

City and state:   Washington, D C                       United States Magistrate Judge John M Facciola
                                                                                        *Printed name and title*

AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:13-mj-880 | Date and time warrant executed: 1/23/14 1:30pm | Copy of warrant and inventory left with: Naomi Pike, Records Custodian |
| Inventory made in the presence of : ||| 

Inventory of the property taken and name of any person(s) seized:

One (1) DVD of search warrant material; "Internal Ref G3115-38110I" dated 1/21/2014.

**FILED**

FEB 10 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/10/14

_Ashley Zeller_
Executing officer's signature

Ashley Zeller, Special Agent
Printed name and title